## ROBERT CAMPBELL V. THE STATE.

No. 20178.   Delivered February 15, 1939.

The opinion states the case.

*A. G. Biggs,* of Dallas, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, JUDGE.—The offense is robbery; the punishment, confinement in the penitentiary for fifteen years.

The record fails to show a judgment of conviction. In the absence of such judgment this court is without jurisdiction.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.